```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
```

UNITED STATES OF AMERICA

v.                                      No. 4:04CR00161 JMM

JANE CAROLE JANES

### AMENDED FINAL ORDER OF FORFEITURE

WHEREAS, on April 5, 2005, the Court entered a money judgment in the amount of $235,432.47 against the defendants; and

WHEREAS, on July 13, 2005, this Court, this Court entered a Second Preliminary Order of Forfeiture, ordering defendant to forfeit real property located at 3208 Red Oak Drive, Paragould, AR 724560, more particularly described as:

> ALL IN GREENE COUNTY, ARKANSAS
>
> Lot Four (4) of Tall Oaks Subdivision to the City of Paragould, Arkansas, as shown by a Plat recorded in Plat Cabinet A, Page 17B of the Plat Records of Greene County, Arkansas.

and

WHEREAS, the United States caused to be published in the Arkansas Democrat Gazette, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that defendant Jane Carole Janes had an interest in the property that is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c);

WHEREAS, Kenneth R. Janes is a co-defendant in this case and at one time was a part of the forfeiture action until he was excluded on April 24, 2006, due to the withdrawal of his guilty plea to the original indictment.  Kenneth R. Janes pled guilty to an Information charging misprison of a felony on November 7, 2006.  As a part of his plea agreement with the United States, Mr. Janes agreed not to oppose the forfeiture of his residence located at 3208 Red Oak Drive, Paragould, AR 72450, that is the subject of this Order of Forfeiture, and relinquished his interest in such property.

WHEREAS, Focus Bank, fna Bank of Paragould, holds a first-mortgage interest in the above stated property in located at 3208 Red Oak Drive, Paragould, Arkansas 72450, in Greene County, Arkansas.

WHEREAS, the United States recognizes the first-mortgage interests of Focus Bank fna Bank of Paragould.

NOW  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the assets described as real property located at 3208 Red Oak Drive, Paragould, AR 72450 more particularly described as:

ALL IN GREENE COUNTY, ARKANSAS

Lot Four (4) of Tall Oaks Subdivision to the City of Paragould, Arkansas, as shown by a Plat recorded in Plat Cabinet A, Page 17B of the Plat Records of Greene County, Arkansas.

are hereby forfeited to the United States of America pursuant to Title 21, United States Code, § 853(n)(7).

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Final Order of Forfeiture is amended to recognize the disclaimer of interest on behalf of Kenneth R. Janes, and the first-mortgage interests of Focus Bank, fna Bank of Paragould, as to property located at 3208 Red Oak Drive, Paragould, Arkansas 72450, in Greene County, Arkansas.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

SO ORDERED this   23   day of January, 2007.

_____
UNITED STATES DISTRICT JUDGE